**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01610-CV

### SHENITRA WILLIAMS, Appellant

### V.

### ADVENTURE HOLDINGS, L.L.C. D/B/A AMAZING JAKES, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03596-2011**

## ORDER

We **GRANT** appellant's April 22, 2013 motion for leave to file an amended brief.

Appellant shall file her amended brief on or before May 6, 2013.

/s/  CAROLYN WRIGHT
   CHIEF JUSTICE